# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2017

152470

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

JAMES ANTHONY TERRELL,
      Defendant-Appellee.

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
*Justices*

SC: 152470
COA: 321573
Wayne CC: 10-006933-FC

_____/

By order of May 25, 2016, the application for leave to appeal the September 29, 2015 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8). On order of the Court, the cases having been decided on July 24, 2017, 500 Mich 453 (2017), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE that part of the Court of Appeals judgment that remands this case to the Wayne Circuit Court for proceedings under *People v Lockridge*, 498 Mich 358 (2015). As the parties agree, the Court of Appeals erroneously concluded that relief is warranted under *Lockridge* even where the defendant's guidelines range was not enhanced by judicial fact-finding. See *Lockridge*, 498 Mich at 394-395. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining aspects of the question presented should be reviewed by this Court.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2017 _____



Clerk

a1023